927

No. 440. BOUTILIER *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari granted. *Blanch Freedman* and *Robert Brown* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 463. UDALL, SECRETARY OF THE INTERIOR *v.* FEDERAL POWER COMMISSION ET AL. C. A. D. C. Cir. Certiorari granted. *Solicitor General Marshall, Assistant Attorney General Weisl, Louis F. Claiborne, Richard A. Posner, Roger P. Marquis, S. Billingsley Hill, Frank J. Barry, Edward Weinberg, Harry Hogan* and *Ernest J. London* for petitioner. *Richard A. Solomon, Howard E. Wahrenbrock, Peter H. Schiff* and *Joel Yohalem* for Federal Power Commission; *Francis M. Shea, William H. Dempsey, Jr.,* and *Ralph J. Moore, Jr.,* for Pacific Northwest Power Co.; *Robert Y. Thornton,* Attorney General, and *Richard W. Sabin* and *Leon L. Hagan,* Assistant Attorneys General, for the State of Oregon; *Allan G. Shepard,* Attorney General of Idaho, and *T. J. Jones III* for Idaho Fish and Game Commission; and *Joseph T. Mijich* for Washington State Sportsmen's Council, Inc., et al., respondents.

No. 245. DAVIS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Neal Rutledge, Allan Milledge, Lester P. Schoene, Hilton R. Carr, Jr., Herbert A. Warren, Jr.,* and *Grant Stetter* for petitioners. *Solicitor General Marshall* for the United States.